Thomas James Dorn
Court Of Record
Sui Juris
In propria persona
v.

Facebook,
Ok Cupid
Bumble,
Tinder,
Equifax,
Experian,
TransUnion

United States District Court of District of Colorado

Case Number: New Case Number to be issued.

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*8:20 am, Oct 08, 2021*
**JEFFREY P. COLWELL, CLERK**

## COMPLAINT

My credit score is not the real score and I have very clear and convincing proof that they are manipulating it. I have been working with the federal court for some time to fix these issues. At this point I am requesting a court order to put my score back to normal, and an injunction so this behavior stops, by now it should be higher than a 620. It's not only for lending, but I work in the financial area and I want them to know I am paying my bills. I would like the slandering of my score to stop. I need a home that is at least 2000 - 3000 square feet so is not awkward for me, and it's what I am used to. I move around a lot and this is a big problem for me and my family. It's against the common sense fair credit reporting, and they are not listing my assets correctly. There is one score that is a mortgage score, and there is another consumer score and they are almost 100 points different. The credit report is saying I am in the bottom 1%, but my salary for my age is much higher than that in the 90% percentile. I would like to have a trial by jury over this discrepancy, even if I do need an inditement, we can also get that.

The social media defendants are either allowing hackers in their system, or privateers, and I am no longer being connected people like me. I have had over 3000, or 4000 girls in those apps from all over the world. They are obviously limiting them with respect to me in a coordinated effort. It is also causing me a depression and it's unhealthy. It's a violation of common sense anti trust laws.